UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

ADAM DANIEL COHEN,

              Plaintiff,

   - against -

SGT. DISCALA #8367, P.O. CALAMIA #8920,
P.O. MAIORANO #8903, P.O. DANIEL DOERRIE,
and P.O. CHRISTOPHER BUCKLEY,

              Defendants.
----------------------------------------------------------------X

CV-16-4405 (KAM) (JO)

**STIPULATION AND ORDER OF DISMISSAL**

     IT IS HEREBY STIPULATED, CONSENTED AND AGREED, by and between the undersigned, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, that the above-entitled action is dismissed with prejudice without costs or attorneys' fees to any party.

Dated: October 25, 2019

                                          JARED A. KASSCHAU
                                          Nassau County Attorney
                                          One West Street
                                          Mineola, New York 11501
                                          Attorney for Defendants

                By:     *Liora M. Ben-Sorek* (signature)
                                            Liora M. Ben-Sorek
                                          Deputy County Attorney
                                          (516) 571-3014

_____  Date: October 17, 2019
Adam Daniel Cohen
Plaintiff *Pro Se*

STATE OF FLORIDA    )
                    ss.:
COUNTY OF Sarasota  )

On the 12th day of October, 2019 before me personally appeared Adam Daniel Cohen, known to me to be, or upon documentary proof established to me that he is, the individual who executed the within Stipulation and Order of Dismissal.

_____
Notary Public

Paul Pignotti
NOTARY PUBLIC
STATE OF FLORIDA
Comm# GG357445
Expires 7/22/2023

SO ORDERED:

_____
Hon. Kiyo A. Matsumoto
United States District Judge